UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCHULTZ TRANSFER SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:19-cv-00558-LMM |

## J U D G M E N T

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendant's Motion to Compel Arbitration, or, in the Alternative, Motion to Dismiss, and the Court having granted said motion on July 8, 2019, and dismissed Plaintiff's claims without prejudice, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 17th day of July, 2019.

JAMES N. HATTEN
CLERK OF COURT

By: ___Brittany Poley_____
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 17, 2019
James N. Hatten
Clerk of Court

By: ___s/Brittany Poley___
     Deputy Clerk